199 So.2d 918

**John and Girlean STEADMAN**

v.

**ACTION FINANCE CORPORATION.**

No. 48726.

June 6, 1967.

In re: Action Finance Corporation applying for certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of Caddo. 197 So.2d 424.

Writ refused. On the facts found by the Court of Appeal the result is correct.

199 So.2d 918

**Daize (Deas) CHERAMIE et al.**

v.

**Raphael VEGAS et al.**

No. 48727.

June 6, 1967.

In re: Daize (Deas) Cheramie et al. applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of Lafourche. 194 So.2d 189.

Writ refused. Since the Court of Appeal remanded the case for further proceedings, the judgment is not final.